1198

No. 95–8485. PALACIOS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–8488. WEST v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 95–8491. DUKES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–8493. DEYOUNG ET UX. v. LORENTZ, JUDGE, DISTRICT COURT OF KANSAS, 31ST DISTRICT. C. A. 10th Cir. Certiorari denied.

No. 95–8495. HOYETT v. JONES, COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–8496. D'AMARIO v. PINE, ATTORNEY GENERAL OF RHODE ISLAND. C. A. 1st Cir. Certiorari denied.

No. 95–8497. HERRERA v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 95–8506. ABLES v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 95–8507. FIELDS v. THOMPSON, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 95–8508. HINOJOSA v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 95–8512. IVY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–8513. JONES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–8514. BOUNDS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–8527. GREEN v. MORTON, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.